IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ALLANORA THOMPSON            :
                             :    CIVIL ACTION
         v.                  :
                             :    No. 02-4593
UNUMPROVIDENT CORP., ET AL.  :
```

**ORDER**

**AND NOW**, this 29th day of October, 2002, **IT IS HEREBY ORDERED** that:

1.    TRIAL in the above captioned case shall commence on January 9, 2003, in Courtroom 6-A, at 10:00 a.m.

2.    A Final Pretrial Conference is scheduled for December 31, 2002, at 9:30 a.m.

BY THE COURT:

_____
John R. Padova, J.