IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLANORA THOMPSON | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| UNUMPROVIDENT CORP., ET AL | : | NO. 02-4593 |

O R D E R

_____AND NOW, this 29th day of October, 2002, IT IS HEREBY ORDERED that this matter be referred to Magistrate Judge Charles B. Smith for a settlement conference.

BY THE COURT:

_____
JOHN R. PADOVA,        J.