IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLANORA THOMPSON | : | |
| | : | |
| v. | : | |
| | : | |
| UNUMPROVIDENT CORPORATION | : | |
| a/k/a UNUM LIFE INSURANCE | : | NO.: 02-CV-4593 |
| COMPANY OF AMERICA | : | |
| | : | |
| and | : | |
| | : | |
| ALL FIRST BANK | : | |
| a/k/a FIRST MARYLAND BANKCORP | : | |

**WITHDRAWAL OF APPEARANCE**

**TO THE CLERK OF COURT:**

Kindly withdraw my appearance on behalf of Defendant UNUMPROVIDENT CORPORATION A/K/A UNUM LIFE INSURANCE COMPANY OF AMERICA in the above-captioned matter.

_____
WILLIAM S. FOX, ESQUIRE

**ENTRY OF APPEARANCE**

**TO THE CLERK OF COURT:**

Kindly enter my appearance on behalf of Defendant UNUMPROVIDENT CORPORATION A/K/A UNUM LIFE INSURANCE COMPANY OF AMERICA in the above-captioned matter.

POST & SCHELL, P.C.

BY _____
RICHARD L. McMONIGLE, ESQ.

DATE: _____